IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NANCY L. SCOTTON; CARL RICHARD SCOTTON, JR.; DONALD WAYNE SCOTTON; CAROL LEE ARRINGTON; and SCOTTON'S SERVICE CENTER, INC.,<br><br>Defendants. | Case No. 1:17-cv-1343-JEJ |

**NOTICE OF DISMISSAL**

The United States hereby dismisses this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

February 13, 2018

                                        Respectfully Submitted,

                                        DAVID C. WEISS
                                        Acting United States Attorney

                                        RICHARD E. ZUCKERMAN
                                        Principal Deputy Assistant Attorney General

                         By:   /s/ Nelson Wagner
                               NELSON WAGNER, DC Bar # 989413
                               Trial Attorney, Tax Division
                               Attorney for United States of America
                               U.S. Department of Justice
                               P.O. Box 227, Ben Franklin Station
                               Washington, D.C.  20044
                               Telephone: (202) 616-3369
                               Facsimile: (202) 514-6866
                               Email: nelson.wagner@usdoj.gov

**Certificate of Service**

I certify that on February 13, 2018, I mailed the foregoing, and all attachments, to the defendants in this case, as follows:

Nancy L. Scotton
P.O. Box 641
Clayton, DE 19938

Carl Richard Scotton, Jr.
3785 Seven Hickories Rd.
Dover, DE 19904

Donald Wayne Scotton
P.O. Box 1086
Clayton, DE 19938

Carol Lee Arrington
29 Dwayne Circle
Dover, DE 19904

Scotton's Service Center, Inc.
c/o Incorporators of Delaware, Inc., Registered Agent
3500 South Dupont Highway
Dover, DE 19901

Scotton's Service Center, Inc.
P.O. Box 641
Clayton, DE 19938

February 13, 2018

/s/ Nelson Wagner
NELSON WAGNER
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, DC 20044
Phone: (202) 307-3369
Fax: (202) 514-6866
Nelson.Wagner@usdoj.gov
